Rosario Fortier, Plaintiff in Error, v. The Western Foundry Company, Defendant in Error.

Gen. No. 17,763. (Not to be reported in full.)

Error to the Superior Court of Cook county; the Hon. ROBERT W. WRIGHT, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 9, 1913.

Statement of the Case.

Action by Rosario Fortier against The Western Foundry Company, a corporation, to recover for injuries sustained by plaintiff by falling from a scaffold while in the employ of the defendant as a carpenter. From a judgment in favor of defendant, plaintiff brings error.

JOHN C. KING and JAMES D. POWER, for plaintiff in error.

F. J. CANTY, P. L. McARDLE and J. C. M. CLOW, for defendant in error.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

Abstract of the Decision.

1. MASTER AND SERVANT, § 685*—when insufficient to prove negligence of master. Finding of jury that servant was not injured by the negligence of the master in permitting electric wires where servant was working, held warranted by the evidence.

2. EVIDENCE, § 368*—conclusions of witness. Witness may be permitted to state that a scar "looked like a burn" or "that the ends of a person's fingers were like a burn, shiny."

3. APPEAL AND ERROR, § 1491*—when exclusion of evidence is harmless. Errors in excluding evidence will not reverse where in the court's opinion no other verdict should have been rendered.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.